UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-1156

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JOHN B. KOTMAIR, JR., d/b/a Save-A-Patriot
Fellowship and National Workers Rights
Committee; SAVE-A-PATRIOT FELLOWSHIP, an
unincorporated association,

Defendants - Appellants.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. William M. Nickerson, Senior District
Judge. (1:05-cv-01297-WMN)

Submitted: July 24, 2007                    Decided: July 26, 2007

Before WILKINSON, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

John B. Kotmair, Jr., Appellant Pro Se; George E. Harp, Shreveport,
Louisiana, for Appellant SAVE-A-PATRIOT FELLOWSHIP, an
unincorporated association. Richard Farber, Carol Ann Barthel,
UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John B. Kotmair, Jr., and Save-A-Patriot Fellowship appeal from the district court's orders granting summary judgment in favor of the United States and issuing a permanent injunction against them based on their activities in promoting a tax evasion scheme, and denying their motions for a new trial and for modification of the injunction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Kotmair</u>, No. 1:05-cv-01297-WMN (D. Md. Nov. 29, 2006; Feb. 7, 2007). We deny Save-A-Patriot's motion to strike portions of the brief filed by the United States, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>